# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )     Case No. 1:26-CV-93
)
    v. )     Judges
)
6.03910214 BTC FROM COINBASE )
ACCOUNT # xxxxxxxxxxxxxxxxxx5668e )
IN THE NAME OF LINDA WINDER; )
)
0.047749 USDC FROM COINBASE )
ACCOUNT # xxxxxxxxxxxxxxxxxx668e )
IN THE NAME OF LINDA WINDER; )
)
0.00587023 ETH FROM COINBASE )
ACCOUNT # xxxxxxxxxxxxxxxxxx5668e )
IN THE NAME OF LINDA WINDER, )
)
    Defendants. )

## VERIFIED COMPLAINT *IN REM*

Comes now the plaintiff, United States of America, by and through its attorneys, Francis

M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Daniel P.

Nugent, Assistant United States Attorney, and brings this complaint and alleges as follows in

accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions:

## NATURE OF THE ACTION

1.    In this *in rem* civil action, the United States of America seeks forfeiture of

defendant properties as set forth below.

2. The United States of America seeks forfeiture of the defendant properties pursuant to 18 U.S.C. § 981(a)(1)(C), in violation of 18 U.S.C. §§ 1343, 1349, 1956, and 1957; and 18 U.S.C. § 981(a)(1)(A), in violation 18 U.S.C. §§ 1956 and/or 1957.

## THE DEFENDANTS *IN REM*

3. The defendant properties are more particularly described below:

    a) 6.03910214 BTC from Coinbase account # xxxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder;

    b) 0.047749 USDC from Coinbase account # xxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder; and

    c) 0.00587023 ETH from Coinbase account # xxxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder.

4. The 6.03910214 BTC from Coinbase account # xxxxxxxxxxxxxxxxxxx5668e is in the custody of the United States Marshals Service.

5. The 0.047749 USDC from Coinbase account # xxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder and 0.00587023 ETH from Coinbase account # xxxxxxxxxxxxxxxxxxx5668e are being held by Coinbase.

## JURISDICTION AND VENUE

6. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant properties. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

7. This Court has *in rem* jurisdiction over the defendant properties pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture of the defendant

2

properties occurred in this district.  Upon filing of this complaint, the plaintiff requests that the Clerk issue an Arrest Warrant *in Rem* pursuant to Supplemental Rule G(3)(b)(i) for 6.03910214 BTC from Coinbase account # xxxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder. Additionally, the plaintiff requests that the Court issue an Arrest Warrant *in Rem* pursuant to Supplemental Rule G(3)(b)(ii) for 0.047749 USDC from Coinbase account # xxxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder and 0.00587023 ETH from Coinbase account # xxxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder.  The plaintiff will execute the warrant upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

8. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A), because the acts or omissions giving rise to the forfeiture occurred in this district. Additionally, venue is proper pursuant to 28 U.S.C. § 1395(b) because the properties are located in this district

## BASIS FOR FORFEITURE

9. The United States of America seeks forfeiture of the defendant properties pursuant to:

(a) 18 U.S.C. § 981(a)(1)(A), which authorizes forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation 18 U.S.C. §§ 1956 and/or 1957, or any property traceable to such property;

(b) 18 U.S.C. § 981(a)(1)(C), which authorizes forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity," as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offense, in violation of 18 U.S.C. §§ 1956, and/or 1957; and

3

(c)    18 U.S.C. § 981(a)(1)(C), which authorizes forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity," as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offense, in violation of 18 U.S.C. §§ 1343 and 1349.

10.    Pursuant to 18 U.S.C. § 981(f), all right, title and interest in the defendant properties became vested in the United States at the time of the acts giving rise to the forfeiture.

## FACTS

11.    As set forth in detail in the Affidavit of Special Agent Sean D. Reid, the Federal Bureau of Investigation (FBI), and other federal law enforcement personnel, were engaged in the investigation of money laundering involving an Athens, Tennessee resident Linda Winder (Winder). In October of 2023, the investigation revealed a series of deposit slips indicating Winder was using Coinbase Account xxxxxxxxxxxxxxxxxxx5668e as part of a romance scheme to launder money. In this instance, Winder was the money mule and acting on behalf of a person or persons unknown, received multiple deposits of tens and hundreds of thousands of dollars over a period of several months totaling approximately $1.4 million which Winder then laundered in part by transferring to the Coinbase Account xxxxxxxxxxxxxxxxxxx5668e.  The investigation revealed violations of 18 U.S.C. §§ 1343, 1349, 1956 and/or 1957.

## CLAIM FOR RELIEF

12.    Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through 11 above.

4

## PRAYER FOR RELIEF

13.  Wherefore, the United States of America prays that:

(a)  The Clerk issue a Warrant for Arrest *in Rem* for the 6.03910214 BTC from Coinbase account # 61247202a69a8c23c6d5668e in the name of Linda Winder.

(b)  The Court issue a Warrant for Arrest *in Rem* for the 0.047749 USDC from Coinbase account # 61247202a69a8c23c6d5668e in the name of Linda Winder and 0.00587023 ETH from Coinbase account # 61247202a69a8c23c6d5668e in the name of Linda Winder;

(c)  Defendant properties be condemned and forfeited to the United States of America in accordance with the provisions of law;

(d)  Notice of this action be given to all persons known or thought to have an interest in or right against the defendant properties; and

(e)  Plaintiff be awarded its costs in this action and for such other necessary and equitable relief as this Court deems proper.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: *Daniel P Nugent*

Daniel P. Nugent
DC Bar No. 499927
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
daniel.nugent@usdoj.gov
(865) 545-4167

5

## VERIFICATION

I, Sean D. Reid, Special Agent, Federal Bureau of Investigation, hereby verify and declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That I have read the foregoing Verified Complaint *in Rem* and know the contents thereof, and that the matters contained in the Verified Complaint *in Rem* are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are from information gathered by law enforcement officers, as well as my investigation of this case with the FBI.

I hereby verify and declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of March, 2026.

Sean D. Reid
Special Agent, Federal Bureau of Investigation

Sworn to and subscribed to before me this 31st day of March, 2026.

Notary Public

My Commission Expires: 01/30/2030

JEANETTE E. SOREY
STATE OF TENNESSEE
NOTARY PUBLIC
KNOX COUNTY

6