# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-CV-93 |
| | ) | |
| v. | ) | Judges |
| | ) | |
| 0.047749 USDC FROM COINBASE | ) | |
| ACCOUNT # xxxxxxxxxxxxxxxxxx5668e | ) | |
| IN THE NAME OF LINDA WINDER; and | ) | |
| | ) | |
| 0.00587023 ETH FROM COINBASE | ) | |
| ACCOUNT # xxxxxxxxxxxxxxxxxx5668e | ) | |
| IN THE NAME OF LINDA WINDER, | ) | |
| | ) | |
| Defendants. | ) | |

## APPLICATION FOR WARRANT OF ARREST *IN REM*

The United States of America, through its counsel, Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Daniel P. Nugent, Assistant United States Attorney, respectfully requests that the Court issue the attached Warrant for Arrest *in Rem* pursuant to Supplemental Rule G(3)(b)(ii) of the Federal Rules of Civil Procedure for the following stated reasons:

On April 2, 2026, the United States of America filed a Verified Complaint *in Rem* for civil forfeiture, including the verification of Sean D. Reid, Special Agent (SA) of the Federal Bureau of Investigation (FBI), in the United States District Court for the Eastern District of Tennessee against the defendant property, alleging that the properties are subject to civil forfeiture to the United States for the reasons alleged in the Complaint pursuant to 18 U.S.C. § 981(a)(1)(C), in violation of 18 U.S.C. §§ 1343, 1349, 1956, and 1957; and 18 U.S.C. § 981(a)(1)(A), in violation 18 U.S.C. §§ 1956 and/or 1957.

The following defendant properties are not in the possession of the United States:

a)  0.047749 USDC from Coinbase account # xxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder; and

b)  0.00587023 ETH from Coinbase account # xxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder.

Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, provides "the court-on finding probable cause-must issue a warrant to arrest the property if it is not in the government's possession, custody, or control and is not subject to a judicial restraining order."

WHEREFORE, the United States respectfully requests the Court issue the attached Warrant for Arrest *in Rem.*

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By:     *s/Daniel P. Nugent*
        DANIEL P. NUGENT
        Assistant United States Attorney
        DC Bar No. 499927
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        daniel.nugent@usdoj.gov
        (865) 545-4167

2