**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-CV-93 |
| | ) | |
| v. | ) | Judges |
| | ) | |
| 6.03910214 BTC FROM COINBASE | ) | |
| ACCOUNT # xxxxxxxxxxxxxxxxxxx5668e | ) | |
| IN THE NAME OF LINDA WINDER, | ) | |
| | ) | |
| Defendant. | ) | |

**WARRANT OF ARREST _IN REM_**

TO:   The United States Marshals Service and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court.

The United States, by and through its United States Attorney, respectfully requests that the Clerk of the Court for the United States District Court for the Eastern District of Tennessee issue a Warrant of Arrest _in Rem_ pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.  In support of its application, the United States of America states as follows:

On April 2, 2026, the United States filed a Verified Complaint _in Rem_ in the above-referenced case, which alleges that the defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), in violation of 18 U.S.C. §§ 1343, 1349, 1956, and 1957; and 18 U.S.C. § 981(a)(1)(A), in violation 18 U.S.C. §§ 1956 and/or 1957.  The defendant property is described as follows:

(a)   6.03910214 BTC from Coinbase account # xxxxxxxxxxxxxxxxxxx5668e in the name of Linda Winder.

(hereinafter "defendant property").

The defendant property is currently in the possession of the United States. In these circumstances, the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i) directs the Clerk of the Court to issue a warrant to arrest the property if it is in the government's possession, custody or control.

Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *in Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon who copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Eastern District of Tennessee, have caused the foregoing Warrant of Arrest *in Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of the Court at Chattanooga, Tennessee, this __2nd__ day of _____April_____, 2026.

> LeAnna R. Wilson
> Clerk of the Court
> United States District Court
>
> By: _____

Deputy Clerk

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ by

_____ on the _____ day of _____, 2026.



_____
United States Marshal or other person serving warrant

3