**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  1:26-cv-93 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| 0.047749 USDC FROM COINBASE | ) | Magistrate Judge Dumitru |
| ACCOUNT # | ) | |
| xxxxxxxxxxxxxxxxx5668e IN THE | ) | |
| NAME OF LINDA WINDER; and | ) | |
| | ) | |
| 0.00587023 ETH FROM COINBASE | ) | |
| ACCOUNT # | ) | |
| xxxxxxxxxxxxxxxxxx5668e IN  THE | ) | |
| NAME OF LINDA WINDER, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>WARRANT OF ARREST *IN REM*</u>

TO:    The United States Marshal for the Eastern District of Tennessee, the Federal Bureau of Investigation, and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court.

On April 2, 2026, the United States of America filed a Verified Complaint *in Rem* for civil forfeiture in the United States District Court for the Eastern District of Tennessee against the defendant properties, alleging that the properties are subject to seizure and civil forfeiture to the United States for the reasons alleged in the Complaint.

The Court, having reviewed the Verified Complaint *in Rem*, Affidavit of Sean D. Reid, Special Agent, Federal Bureau of Investigation, and the Government's Application for Warrant of Arrest *in Rem*, hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that there is probable cause to believe that the defendant properties, which are not presently in the Government's possession, custody or control or subject to a judicial restraining order, are

subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), in violation of 18 U.S.C. §§ 1343, 1349, 1956, and 1957; and 18 U.S.C. § 981(a)(1)(A), in violation 18 U.S.C. §§ 1956 and/or 1957. Therefore, the Government's Application for Warrant of Arrest *In Rem* is **GRANTED**.

Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *in Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

By: _____
CHARLES E. ATCHLEY, JR.
United States District Judge

RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ by _____on the _____ day of _____, 2026.

_____

U.S. Deputy Marshal, Agent, or other person serving warrant

2